Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of California

Eastern Division

FILED
CLERK, U.S. DISTRICT COURT

07/14/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

Case No. **5:24-cv-01467-KK(DTBx)**

*(to be filled in by the Clerk's Office)*

Jesse Ocegueda, ; Geneva Ocegueda

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
**-v-**

HAGOPIAN LAW FIRM, ; Shant Hagopian

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesse Ocegueda and Geneva Ocegueda |
| Street Address | 19502 US Highway 18 |
| City and County | Apple Valley, San Bernardino County |
| State and Zip Code | CA 92307 |
| Telephone Number | (909)346-7719, (909)347-3098 |
| E-mail Address | jessetheconsumer@gmail.com, genevatheconsumer@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HAGOPIAN LAW FIRM |
| Job or Title *(if known)* | |
| Street Address | 15760 Ventura Blvd, Suite 700 |
| City and County | Encino, Los Angeles County |
| State and Zip Code | CA 91436 |
| Telephone Number | (818)860-1361 |
| E-mail Address *(if known)* | info@hagopianlawfirm.com |

Defendant No. 2

| | |
|---|---|
| Name | Shant Hagopian |
| Job or Title *(if known)* | CEO / Registered Agent |
| Street Address | 15760 Ventura Blvd, Suite 700 |
| City and County | Encino, Los Angeles County |
| State and Zip Code | CA 91436 |
| Telephone Number | (818)860-1361 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Debt Collection Practices Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff,  *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff,  *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy−the amount the plaintiff claims the defendant owes or the amount at stake−is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants continue to violate the Plaintiff's federally protected rights under the Fair Debt Collection practices act and are doing so while being an unlicensed debt collector in the state of California. (See attached complaint and accompanying exhibits A through E)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

$5,000 in actual damages for intentional inflict of emotional distress, $9,000 in statutory damages under FDCPA, $10,000 in punitive damages, and any other relief the court deems just and proper. (See attached Complaint & Exhibits labeled A through E)

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        07/12/2024

Signature of Plaintiff
Printed Name of Plaintiff    Jesse Ocegueda

B.    **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Jesse Ocegueda
19502 US Highway 18
Apple Valley CA 92307
(909)346-7719
jessetheconsumer@gmail.com
Geneva Ocegueda
19502 US Highway 18
Apple Valley CA 92307
(909)347-3098
genevatheconsumer@gmail.com
Co-Plaintiffs, in pro per

# THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| JESSE OCEGUEDA AND GENEVA OCEGUEDA, | Case No.: |
| Plaintiff(s), | **COMPLAINT** |
| vs. | |
| HAGOPIAN LAW FIRM ; SHANT HAGOPIAN | |
| Defendant(s) | |

## INTRODUCTION

Comes now the Plaintiffs in pro per, an hereby brings this action against Defendant's HAGOPIAN LAW FIRM and Shant Hagopian (hereinafter both parties will be referred to as "Defendant") for violations of §§ 1692c(a), 1692d(2), 1692e(1), 1692e(2)(A), 1692e(4), 1692e(5), 1692e(10), 1692e(11), 1692j(a) of the Fair Debt Collection Practices Act (FDCPA):

## LEAVE TO AMEND COMPLAINT

Plaintiffs reserve their right to amend their complaint, to re-state a claim with a more definite statement. Plaintiffs are informed and believe and therefore alleges that Plaintiffs may have suffered damages in other ways and to other extents not presently known to Plaintiffs, and

COMPLAINT - 1

not specified herein. Plaintiffs reserve the right to assert additional facts and damages not referenced herein, and/or to present evidence of the same at the time of trial and to add additional Defendants not presently known to Plaintiffs.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this actions because it is brought under a Federal Question, 28 U.S.C. § 1331

2. The venue is proper because Defendants are located and do business here, 28 U.S.C. § 1391(b)(1)

## PARTIES

3. Plaintiffs Jesse Ocegueda and Geneva Ocegueda are both federally protected consumers and each is a natural person (hereinafter referred to collectively as "Plaintiff").

4. Defendant HAGOPIAN LAW FIRM is a debt collector with a principle business address at 15760 Ventura Blvd, Suite 700 Encino, California 91436

5. Defendant Shant Hagopian is the registered agent for HAGOPIAN LAW FIRM with a principle business address at 15760 Ventura Blvd, Suite 700 Encino California 91436 and is the individual responsible for the actions of HAGOPIAN LAW FIRM

## STATEMENT OF FACTS

6. Plaintiff is a natural person as defined under the FDCPA 15 U.S.C. § 1692a(3)

7. Defendant is a debt collector as defined under 15 U.S.C. § 1692a(6) of the FDCPA as they are in the regular practice of collecting or attempting to collect debts.

8. On 5/18/2024 Plaintiff responded to a collection letter from Defendant which was dated April 30 2024, May 10 2024, and May 13, 2024. (See Exhibit A & Exhibit D)

9. On the Defendant's initial letter with multiple dates Defendant claimed to be "retained" by the alleged original creditor. (See Exhibit A)

10. On the Defendant's initial letter with multiple dates Defendant admits to being a debt collector. (See Exhibit A)

11. Defendant has used their logo on every correspondence with Plaintiff. (See Exhibit A & Exhibit C)

12. Defendant threatened to sue Plaintiff on several occasions in an attempt to coerce payment. (See Exhibit A & Exhibit C)

13. As of the writing of this complaint, Defendant does not have a license to collect debts in the state of California. (See Exhibit B)

14. On July 8, 2024 Plaintiff sent Defendant a final offer to settle this matter via USPS Priority Express Mail # EL217407085US before initiating this suit. (See Exhibit E)

## FDCPA VIOLATIONS

15. The FDCPA prohibits and seeks to eliminate abusive, deceptive, and unfair debt collection practices by debt collectors. 15 U.S.C. § 1692

16. The Defendant is a "debt collector" under the Act because they regulary engage in the collection or attempted collection of debts. 15 U.S.C. § 1692a(6)

## COUNT I
## UNLAWFUL COMMUNICATION

17. Plaintiff realleges and incorporates by reference paragraphs 1-14

COMPLAINT - 3

18. A debt collector may not communicate with a consumer in connection with the collection of any debt without prior consent given directly to the debt collector by the consumer, or the express permission of a court of competent jurisdiction. 15 U.S.C. § 1692c

19. Defendant communicated with Plaintiff without the prior consent of the Plaintiff and without a express permission of a court of competent jurisdiction in violation of 15 U.S.C. § 1692c(a)

## COUNT II
## ABUSIVE PRACTICES

20. Plaintiff realleges and incorporates by reference paragraphs 1-14.

21. An act, or practice, or conduct is abusive under the FDCPA if the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. 15 U.S.C. § 1692d

22. The Defendant used the obscene threat of filing a suit against Plaintiff as a means to abuse and harass the Plaintiff in violation of 15 U.S.C. § 1692d(2)

## COUNT III
## DECEPTIVE PRACTICES

23. Plaintiff realleges and incorporates by reference paragraphs 1-14.

24. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

25. By Defendants actions of attempting to collect an alleged debt and stating that they are in fact a 'debt collector' in the state of California where a license

COMPLAINT - 4

is required in order to do so created the false impression that they have a license bonded by the state which is a violation of 15 U.S.C. § 1692e(1)

**COUNT IV**
**DECEPTIVE PRACTICES**

26. Plaintiff realleges and incorporates by reference paragraphs 1-14.

27. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

28. Defendants continued threat of a lawsuit was misleading as to the legal status of the debt when they have no present right to sue, which is a violation of 15 U.S.C. § 1692e(2)(A)

**COUNT V**
**DECEPTIVE PRACTICES**

29. Plaintiff realleges and incorporates by reference paragraphs 1-14.

30. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

31. The Defendant threatened and created the implication to the Plaintiff that the Plaintiff could be garnished after the lawsuit when action is not lawful and the Defendant did not truly intend to take such action in violation of 15 U.S.C. § 1692e(4)

**COUNT VI**
**DECEPTIVE PRACTICES**

32. Plaintiff realleges and incorporates by reference paragraphs 1-14.

COMPLAINT - 5

33. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

34. The Defendant has continued to threaten to sue Plaintiff for this alleged debt which cannot legally be taken and Plaintiff does not believe Defendant ever intended to take such action. This is a violation of 15 U.S.C. 1692e(5)

## COUNT VII
## DECEPTIVE PRACTICES

35. Plaintiff realleges and incorporates by reference paragraphs 1-14.

36. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

37. The Defendant is a 'debt collector' using deceptive means claiming to be "retained" by the original creditor to collect the alleged debt without proof and without a license to collect in the state of California in violation of 15 U.S.C. § 1692e(10)

## COUNT VIII
## DECEPTIVE PRACTICES

38. Plaintiff realleges and incorporates by reference paragraphs 1-14.

39. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

COMPLAINT - 6

40.  The Defendant failed to disclose in their second correspondence to Plaintiff that the communication was from a debt collector which is a violation of 15 U.S.C. § 1692e(11). ( See Exhibit C)

## COUNT IX
## FURNISHING DECEPTIVE FORMS

41.  Plaintiff realleges and incorporates by reference paragraphs 1-14.

42.  It is unlawful do design, compile, and furnish any form knowing that such form would create the false belief in the consumer that a person other than the creditor of such consumer is participating in the collection or attempted collection, when in fact such person is not so participating. 15 U.S.C. § 1692j

43.  Defendant's claim to be retained by the alleged original creditor creates the false belief that the alleged original creditor is participating in the collection of this alleged debt, when the alleged debt was charged off and alleged original creditor is not participating. This is a violation of 15 U.S.C. § 1692j(a)

## **PRAYER FOR RELIEF**

Plaintiff thus requests that the court:

    a.  Permanently enjoin Defendants from committing future violations of the FDCPA

    b.  Impose monetary relief in the amount of $9,000 usd against Defendants for statutory damages under the FDCPA  15 U.S.C. § 1692k(a)(2)(A)

    c.  Impose monetary relief in the amount of $5,000 usd in actual damages for the intentional inflict of emotional distress and mental anguish

COMPLAINT - 7

placed on Plaintiff due to Defendant's actions under the FDCPA15

U.S.C. § 1692k(a)(1)

d.  Impose punitive damages in the amount of $10,000 usd for

Defendant's disregard of the Federal and State laws put in place to

protect consumers from abusive, unfair and unlicensed debt collection

practices.

e.  Award additional relief as the Court may deem just and proper.


Respectfully Submitted,

On July 12, 2024.


Jesse Ocegueda
Pro Se Plaintiff
19502 US Highway 18,
Apple Valley CA 92307
jessetheconsumer@gmail.com


Geneva Ocegueda
Pro Se Co-Plaintiff
19502 US Highway 18,
Apple Valley CA 92307
genevatheconsumer@gmail.com

COMPLAINT - 8

# EXHIBIT A



**HAGOPIAN**
LAW FIRM

15760 Ventura Blvd. Suite 700
Encino, California 91436
www.HagopianLawFirm.com

Tel: (818) 860-1361
Fax: (818) 860-1362
Info@HagopianLawFirm.com

April 30, 2024

**VIA USPS FIRST CLASS MAIL**
Jesse Ocegueda
19502 US Highway 18
Apple Valley, CA 92307-2627

**VIA USPS FIRST CLASS MAIL**
Geneva Ocegueda
19502 US Highway 18
Apple Valley, CA 92307-2627

|  |  |  |
|---|---|---|
| RE: | **Our Client / Creditor:** | **Carmax Auto Finance / Carmax** |
| | **Business Services LLC** | |
| | **Date of Loan/Contract:** | **August 11, 2020** |
| | **Account No.:** | **XXXX1720** |
| | **Vehicle:** | **2019 GMC Yukon XL 1500** |
| | **VIN:** | **1GKS1GKC3KR242483** |

Dear Jesse Ocegueda and Geneva Ocegueda:

Please be advised that my firm has been retained by the above-named creditor Carmax
Auto Finance, Inc. in connection with the above referenced vehicle loan and account number for
collection of moneys that you owe arising from the purchase and financing of a Vehicle, 2019
GMC Yukon XL 1500, in which my client has an established security interest. Our client is
seeking to collect a debt owed by you. The current amount of the debt is $34,615.98.

Our collection efforts may include filing a lawsuit if you do not make arrangements to
return the subject automobile or pay this debt. Unless you dispute this debt, or a portion of the
debt, please return the subject automobile to the Creditor or pay the undisputed amount directly
to my offices within thirty (30) days after you receive this letter. Note that this office is a debt
collector attempting to collect a debt, and any information obtained will be used for that purpose.

This office will assume that this debt is valid unless you dispute the debt, or any portion
of the debt, within thirty (30) days after you receive this letter. There is no requirement that your
dispute be in writing.

The law gives you 30 days after you receive this letter to dispute the validity of the debt
or any part of it. If you do not dispute it within that period, I will assume the debt is valid. If you
do dispute it—by notifying me in writing to that effect—I will, as required by law, obtain and
mail to you proof of the debt. And if, within the same period, you request in writing the name
and address of your original creditor, if the original creditor is different from the current creditor,
I will furnish you with that information too.

The law does not require me to wait until the end of the 30-day period before suing you
to collect this debt. If, however, you request proof of the debt or the name and address of the
original creditor within the 30-day period that begins with your receipt of this letter, the law

requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you.

If this office receives notice from you within the thirty (30) day period after you receive this letter that the debt, or any portion thereof, is disputed and/or your written request for the name and address of the original creditor, then this office will temporarily stop its collection of the debt until we have obtained verification of the debt and/or the name and address of the original creditor, and a copy of such verification and/or name and address of the original creditor is mailed to you from this office. Once this information is mailed to you, we will then resume our efforts to collect the debt from you.

Pursuant to California Code of Civil Procedure Sec. 1033(b)(2), you are hereby notified that the filing of a lawsuit against you could result in a judgment against you that would include the actual costs of the Creditor's filing fee paid to the Court, the actual costs incurred by the Creditor for service of process and reasonable attorney's fees when allowed by California law.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

If you have filed a Chapter 7 or 13 Petition under the Bankruptcy Code, please inform my offices promptly.

If you have any questions or concerns regarding your legal rights, you should contact an attorney to advise you in this matter.

Sincerely,

Shant H. Hagopian, Esq.

# EXHIBIT B

# NMLS® consumer access

*verify a financial service provider*

home · about · FAQs · terms of use · contact us

hagopian law firm

Filter by:  Individual    Company    Any Regulator

SEARCH

**No matches found!**

No NMLS records match the search terms you provided.
You may want to try a new search using more general terms.
For further assistance, view the search tips or click on the FAQs above.

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader

# EXHIBIT C



**HAGOPIAN**
**L A W   F I R M**

15760 Ventura Blvd. Suite 700
Encino, California 91436
www.HagopianLawFirm.com

Tel: (818) 860-1361
Fax: (818) 860-1362
Info@HagopianLawFirm.com

June 17, 2024

**VIA USPS PRIORITY MAIL**
**PRIORITY MAIL NO.: 9405511206204744761402**
Jesse Ocegueda
Geneva Ocegueda
19502 US Highway 18
Apple Valley, CA 92307-2627

|  | | |
|---|---|---|
| **RE:** | **Our Client / Creditor:** | **Carmax Auto Finance / Carmax** |
|  | **Business Services LLC** | |
|  | **Date of Loan/Contract:** | **August 11, 2020** |
|  | **Account No.:** | **XXXX1720** |
|  | **Vehicle:** | **2019 GMC Yukon XL 1500** |
|  | **VIN:** | **1GKS1GKC3KR242483** |

Dear Jesse Ocegueda and Geneva Ocegueda:

Our office is in receipt of your letter dated May 18, 2024 seeking a verification of the debt referenced above. Enclosed please find the attached documents confirming the debt in connection with the account referenced above:

1) Fully executed purchase and financing agreement.
2) A copy of the title information indicating Carmax as the lienholder of the vehicle.
3) Charge off and outstanding balance statement from Carmax Auto Finance.
4) Payment history for the vehicle.

As it pertains to my legal services, my retainer agreement is considered an attorney-client communication and therefore privileged from disclosure under California and federal law. Nevertheless, I can advise that my office did not purchase or otherwise receive an assignment of the debt owed. My office renders legal services on behalf of the Creditor who maintains all interest in the vehicle and the account.

At this juncture, the creditor may be amenable to a negotiation of the debt with a return of the collateral (the vehicle) in lieu of legal action. Please contact my office at the number above if you wish to discuss those options.

Pursuant to <u>California Code of Civil Procedure Sec. 1033(b)(2)</u>, you are hereby notified that the filing of a lawsuit against you could result in a judgment against you that would include the actual costs of the Creditor's filing fee paid to the Court, the actual costs incurred by the Creditor for service of process and reasonable attorney's fees when allowed by California law.

   The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

   If you have filed a Chapter 7 or 13 Petition under the Bankruptcy Code, please inform my offices promptly.

   If you have any questions or concerns regarding your legal rights, you should contact an attorney to advise you in this matter.

          Sincerely,

          Shant H. Hagopian, Esq.

*Encl:*

  *(1) As stated.*

# EXHIBIT D

Jesse & Geneva Ocegueda
19502 US Highway 18,
Apple Valley CA 92307

Date: 5/18/2024

HAGOPIAN LAW FIRM
15760 Ventura Blvd. Suite 700
Encino, CA 91436
ATTENTION: Shant H. Hagopian

**Vehicle: 2019 GMC Yukon XL 1500
VIN: 1GKS1GKC3KR242483**

## <u>NOTICE OF DISPUTE</u>

Shant, I hope this letter finds you well.

Firstly, we are in receipt of you and your firms recent letter to us that has several dates attached to it the first being April 30, 2024 the second being May 10, 2024 and the third being May 13, 2024 which is already giving the appearance of being very deceptive and at the very least an attempt by you and your firm to "back date" the letter therefore narrowing the window of time in which we could respond before the 30 day period.

Secondly, you refer to CARMAX AUTO FINANCE as your "client", as you know many debt collectors such as yourself have developed a clever scheme of merely purchasing debts and claiming instead to be retained by the alleged original creditor and even go as far as filing a lawsuit in the name of the alleged original creditor. So, with this in mind a demand that you provide your delegation of authority and a copy of your contract for professional services. Inability or unwillingness to provide said documents will result in them being demanded in discovery.

Thirdly, since in your very own words you admit to being a debt collector you know, or at least should be aware that you are bound by certain laws and there are a host of violations of the law within the correspondence you have sent to us including but not limited to coercion, the use of a logo, threats, and the attempt to collect a debt in the state of California while not having a license to do so. Just one of these violations authorizes us to bring a suit in a court of competent jurisdiction against you, where both your company and you can be named as defendants.

CERTIFIED MAIL #: 70212720000099629710

1

Given all the beforementioned, we are demanding that you provide:

1. verification of the alleged debt sworn to under penalty of perjury.
2. A true and correct copy of your contract for professional services.
3. Admission that you are retained by the alleged original creditor and did not merely purchase evidence of a debt, sworn to under penalty of perjury.

You have 30 days from receipt to provide these items, until they are provided you are advised to discontinue any collection attempts. IF you fail to provide these documents and respond accordingly it will be deemed as a failure to respond. IF you pursue a lawsuit without providing the documents requested it will be deemed as retaliation for us exercising our rights and a subsequent suit will be brought in a District Court of Competent Jurisdiction where you and your firm will be named as defendants.

HOWEVER, if you release the title back to us lien free along with the unlawfully retained down payment in the form of a check to Jesse Ocegueda and Geneva Ocegueda then we will be willing to overlook your transgressions.

Thank you,

Geneva Ocegueda    and    Jesse Ocegueda

Notification is complete upon receipt.

CERTIFIED MAIL #: 70212720000099629710                                    2

# EXHIBIT E

Jesse Ocegueda
Geneva Ocegueda
19502 US Highway 18
Apple Valley CA 92307

HAGOPIAN LAW FIRM
15760 Ventura Blvd, Suite 700
Encino, CA 91436

Date: 7/8/2024

Property: 2019 GMC Yukon XL 1500
VIN: 1GKS1GKC3KR242483

## <u>LETTER OF INTENT TO SUE</u>

Dear Shant:

We are in receipt of your letter dated June 17, 2024 and this response will serve as a formal notice that a civil suit will be brought against you individually as well as your employer (CARMAX INC) in a federal court of competent jurisdiction on Friday July 12, 2024 unless you can meet all of our settlement terms outlined below:

1. Release the title to our property lien free
2. Delete the tradeline from all consumer reporting agencies
3. Issue a check in the amount of $7,000 USD as recoupment of our downpayment

**<u>PLEASE NOTE:</u>**

Court is both a costly and time consuming matter, however if we cannot come to this agreement amicably then we will seek further damages, recoupment of all payments, and will do so by exercising the law to the fullest extent available and intend to utilize request for admissions, production of documents, interrogatories, and depositions.

You can reach out to us via email at jessetheconsumer@gmail.com and genevatheconsumer@gmail.com with your decision. We look forward to putting an end to this matter either privately or publicly.

AGAIN, if we do not hear from you before 12pm PST on Friday July 12 we will assume that you do not wish to settle and the suit will be filed promptly.

Thank you,

Jesse Ocegueda

Geneva Ocegueda