Case 5:24-cv-01467-KK-DTB   Document 24   Filed 09/19/24   Page 1 of 2   Page ID #:185

FILED
CLERK, U.S. DISTRICT COURT
9/19/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DE_____ DEPUTY

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | |
|---|---|
| JESSE OCEGUEDA & GENEVA OCEGUEDA<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>HAGOPIAN LAW FIRM ; SHANT HAGOPIAN,<br><br>　　　　Defendant(s) | Case No.: 5:24-cv-01467-KK-DTB<br><br>**MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(A)(2)**<br><br>**HEARING**<br>Date: October 3, 2024<br>Time: 9:30am<br>Dept: 3rd Floor Courtroom 3 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD.

　　　　Pursuant to Federal Rule of Civil Procedure 55(a)(2) Plaintiffs, Jesse Ocegueda and Geneva Ocegueda hereby submit this Motion for Default Judgment. Plaintiffs avers as follows:

　　　　On August 13th, 2024 at 3:37pm Pacific Standard time, the Defendant Shant Hagopian contacted Plaintiff Jesse Ocegueda by telephone call that only lasted approximately 9 minutes (See attached screenshot of call-log labeled Exhibit 1). During the limited exchange the Defendant attempted to coerce Plaintiff to give Defendant an extension, the Plaintiff made Defendant aware that he was not near his computer or his documents and had no way to readily verify any of the information the Defendant was relaying to him and asked Defendant to allow him time to get home to which the Defendant <u>refused</u>. The Defendant's had 21 days to draft and file a responsive pleading

MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(A)(2) - 1

and their lack of a proper answer, despite their "good faith efforts" during the end of 20th day with only 1 hour and 23 minutes left in the day are of no fault of either Plaintiff.

As such, Defendants have Failed to submit an answer in the 21 Day period given to them upon service of the complaint and summons.

As such, Plaintiffs request that <u>Any</u> and <u>All</u> further communication by Defendant's to either Plaintiff be done in writing, via email, as a good faith effort to keep both parties honest.

Plaintiffs will and hereby do move this Court to object to issue a Default Judgment against the Defendants in the amount of $24,000 USD, for failure to issue an answer to Plaintiff's Complaint. Plaintiff's Motion for Default Judgment is based on the details herein and the accompanying Memorandum of Points and Authorities, and upon such further evidence, authorities , and upon such further evidence, authorities, and arguments which may be presented prior to, or during the hearing of this motion.

Respectfully Submitted,

September 18, 2024

_____
Jesse Ocegueda

_____
Geneva Ocegueda

MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(A)(2) - 2